IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| Plaintiff, | ) CASE NO. <br> ) <br> ) <br> ) |
| v. | ) Judge John R. Adams <br> ) |
| Defendant. | ) REPORT OF PARTIES' PLANNING <br> ) MEETING UNDER FED. R. CIV. <br> ) P. 26(f) AND LR 16.3(b)(3) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on

    _____ and was attended by:

    _____ counsel for plaintiff(s)         _____

    _____ counsel for plaintiff(s)         _____

    _____ counsel for defendant(s)        _____

    _____ counsel for defendant(s)        _____

2. The parties:

    \_\_  have not been required to make initial disclosures.

    \_\_  have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

   \_\_ Expedited             \_\_ Standard

\_\_ Administrative             \_\_ Complex

   \_\_ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

      \_\_ Early Neutral Evaluation

      \_\_ Mediation

      \_\_ Arbitration

      \_\_ Summary Jury Trial

      \_\_ Summary Bench Trial

      \_\_ Case not suitable for ADR

5. The parties \_\_do/\_\_do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

 

(b) Discovery cut-off date: _____

7. Recommended dispositive motion date: _____

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

9. Recommended date for a Status Hearing: _____

10. Other matters for the attention of the Court:

Attorney for Plaintiff(s) _____

3

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____